DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DELRAY HEALTH GROUP, P.A.** a/a/o **NIVONELIO LELIS,**
Appellant,

v.

**ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D21-351

[July 29, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Reginald Roy Corlew, Judge; L.T. Case Nos. 50-2013-SC-002891-XXXX-SB and 50-2019-AP-000178-CAXX-MB.

Scott J. Edwards of Scott J. Edwards, P.A., Boca Raton, for appellant.

Daniel E. Nordby of Shutts & Bowen LLP, Tallahassee, and Alyssa L. Cory of Shutts & Bowen LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and GROSS, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***